## SELF v. STATE.
### No. 16300.

Court of Criminal Appeals of Texas.
Dec. 13, 1933.

Earl M. Greer, of Wills Point, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for the possession of intoxicating liquor for the purpose of sale, punishment assessed at one year in the penitentiary.

The indictment properly charges the offense. The record is before this court without statement of facts or bills of exception. In such condition nothing is presented for review.

The judgment is affirmed.